IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT COTNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-17-1280-M |
| ) | |
| WARDEN BEAR, et al., ) | |
| ) | |
| Respondents. ) | |

# ORDER

On December 28, 2017, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 be dismissed without prejudice for failure to comply with previously imposed filing restrictions. Petitioner was advised of his right to object to the Report and Recommendation by January 18, 2018. On January 10, 2018, petitioner filed his objection and filed an Amended Petition for Writ of Habeas Corpus.[1]

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 14] issued by the Magistrate Judge on December 28, 2017; and
(2) DISMISSES the Petition for Writ of Habeas Corpus under 28 U.S.C. 2241 and Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 without prejudice for failure to comply with previously imposed filing restrictions.

**IT IS SO ORDERED this 18th day of January, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner, however, has not filed an amended list of prior cases correcting the deficiencies noted by the Magistrate Judge.